IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO: 6:19-239 |
| | ) | |
| v. | ) | **ORDER FOR** |
| | ) | **BENCH WARRANT** |
| SCOTT A. KOHN | ) | |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, SCOTT KOHN, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

s/ Kevin F. McDonald
UNITED STATES MAGISTRATE JUDGE

Greenville, South Carolina
March 12, 2019

SHERRI A. LYDON
UNITED STATES ATTORNEY

By: _____
William J. Watkins, Jr. (#7863)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Telephone: (864) 282-2100
Email Address: bill.watkins@usdoj.gov