UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 6:19-cr-00239-BHH |
| | ) |
| v. | ) |
| | ) |
| SCOTT A. KOHN | ) |
| FUTURE INCOME PAYMENTS, LLC | ) |
| | ) |

### GOVERNMENT'S BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States provides the following Bill of Particulars regarding property alleged in the Indictment ("Indictment") filed March 12, 2019, as being subject to forfeiture to the United States.

NOTICE IS HEREBY GIVEN that upon conviction of the Defendants for felony violation of Title 18, United States Code, as charged in the Indictment, the United States intends to seek the forfeiture of the Defendants' right, title and interest in any property, real or personal, constituting, derived from or traceable to proceeds the Defendants obtained directly or indirectly as a result of such offense pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), or equivalent substitute property pursuant to 21 U.S.C. § 853(p). Such property includes, but is not limited to the following:

Bank Accounts:

(a)     $1,374,193.70 in funds from JP Morgan Chase
Bank account numbers x8020 and x5605
In the name of: Pink Wasabe
Seized from: Scott Kohn - Pink Wasabe
Asset ID: 19-FBI-002205

1

(b)  $3,844.48 in funds seized from Wells Fargo account number x7364
 In the name of: Car Champs Finance, LLC
Seized from: Scott Kohn
Asset ID: 19-FBI-001626

(c)  $479.87 in funds from Wells Fargo account number x1571
 In the name of: Investors Choice Commercial Leasing
Seized from: Scott Kohn
Asset ID: 19-FBI-001452

(d)  $15,541.34 in funds from Wells Fargo account # x8268
 In the name of: Veterans Rideshare
Seized from: Scott Kohn
Asset ID: 19-FBI-001451

(e)  $142.88 in funds from Bank of Nevada / Western Alliance Bank account number x5007
 In the name of: Leckwith Woods LLC, Scott Kohn
Seized from: Scott Kohn
Asset ID: 19-FBI-000065

Respectfully submitted,

SHERRI A. LYDON
UNITED STATES ATTORNEY

By: s/Anne Hunter Young
Anne Hunter Young (Fed I.D. #7258)
Assistant United States Attorney
United States Attorney's Office
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803)-929-3028

Greenville, South Carolina
May 2, 2019