RECORD OF GRAND JURY BALLOT

C/ 6:19-239

THE UNITED STATES OF AMERICA v. SCOTT A. KOHN, ET AL.

(SEALED UNTIL FURTHER ORDER OF THE COURT)