**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | Cr. No. 6:19-239 |
| vs. | ) | |
| SCOTT A. KOHN | ) | |
| FUTURE INCOME PAYMENTS, LLC | ) | |
| JOSEPH P. HIPP | ) | |
| KRAIG S. AIKEN | ) | |
| DAVID N. KENNEALLY, | ) | Civil Action No. 6:19-cv-01112-BHH |
| Defendants. | ) | |
| IN RE RECEIVER FOR SCOTT A KOHN AND FUTURE INCOME PAYMENTS, LLC, JOSEPH P. HIPP, KAIG S. AIKEN, AND DAVID N. KENNEALLY | ) | |

**MOTION TO AMEND ORDER OF APPOINTMENT**

COMES NOW THE UNITED STATES OF AMERICA, pursuant to Title 18, United States Code, Section 1956(b)(4)(A) and moves the Court to Amend the Court's April 30, 2019, Order of Appointment ("Order") appointing Beattie B. Ashmore as the Court-appointed Receiver for Scott A. Kohn ("Kohn"), Future Income Payments, LLC ("FIP") and a number of related persons and entities collectively defined as the "FIP Receivership Entities" to add Joseph P. Hipp ("Hipp"), Kraig S. Aiken ("Aiken") and David N. Kenneally ("Kenneally") who were named in a Superseding Indictment on July 9, 2019. (Criminal Matter, ECF 22.)

2

In so moving, the United States of America incorporates by reference that which was contained in the original Motion for Appointment of a Federal Receiver (Motion in Criminal Case, ECF No 12.)  As such, the United States of America respectfully requests the Court grant its Motion to Amend the Order of Appointment to add Hipp, Aiken and Kenneally.

                                Respectfully submitted,
                                SHERRI A. LYDON
                                UNITED STATES ATTORNEY

BY:    s/William J. Watkins, Jr.
           WILLIAM J.WATKINS, JR.
           Assistant U.S. Attorney
           FEDERAL I.D. No: 7863

July 17, 2019