AO 442 (Rev. 11/11) Arrest Warrant

F ID 7245552

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF SOUTH CAROLINA

Received USMS
07-09-2019

| | | |
|---|---|---|
| United States of America<br>v.<br><br>SCOTT A. KOHN<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 6:19-239 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* SCOTT A. KOHN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☒ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 1349
Title 18, United States Code, Section 981(a)(1)(C)
Title 28, United States Code, Section 2461(c)

Date: 07/09/2019

s/Jackie Aiken, Deputy Clerk
*Issuing officer's signature*

City and state: Greenville, South Carolina

ROBIN BLUME
CLERK OF COURT
*Printed name and title*

---

### Return

This warrant was received on *(date)* 07-09-2019, and the person was arrested on *(date)* 09-21-2019
at *(city and state)* San Diego, California.

Date: 09-23-2019

Arrested by DUSM Shue, USMS
*Arresting officer's signature*

By: Bonnie Walters, Data Analyst
*Printed name and title*