UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 6:19-cr-00239-BHH |
| | ) |
| v. | ) |
| | ) |
| SCOTT A. KOHN | ) |
| | ) |
| | ) |

# GOVERNMENT'S BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States provides the following Bill of Particulars regarding property alleged in the Superseding Indictment ("Indictment") filed July 9, 2019, as being subject to forfeiture to the United States.

NOTICE IS HEREBY GIVEN that upon conviction of the Defendant for felony violation of Title 18, United States Code, as charged in the Indictment, the United States intends to seek the forfeiture of the Defendant's right, title and interest in any property, real or personal, constituting, derived from or traceable to proceeds the Defendant obtained directly or indirectly as a result of such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), or equivalent substitute property pursuant to 21 U.S.C. § 853(p). Such property includes, but is not limited to the following:

    Cash/United States Currency:

    $2,880.00 in United States Currency
    Seizure date: September 21, 2019
    Seized from: Scott Kohn

Respectfully submitted,

SHERRI A. LYDON
UNITED STATES ATTORNEY

By: s/Anne Hunter Young
Anne Hunter Young (Fed I.D. #7258)
Assistant United States Attorney
United States Attorney's Office
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803)-929-3028

Columbia, South Carolina
October 15, 2019